UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GLORIA ANDERSON                                    CIVIL ACTION
o/b/o K.C.

VERSUS                                             NUMBER: 14-1831

CAROLYN W. COLVIN,                                 SECTION: "C"(5)
ACTING COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION


### ORDER

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Defendant to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Defendant's motion for summary judgment is denied, that Plaintiff's motion for summary judgment is granted, and that Plaintiff's case is remanded to the Commissioner for an award of benefits.

New Orleans, Louisiana, this 2nd day of September, 2015.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE